UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 420 130 |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| NEWMAN EVERETTE TRYON | ) Prohibited Person |
| | ) |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about October 30, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**NEWMAN EVERETTE TRYON,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, an Arminius, model HW3, .32 caliber revolver, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).



## FORFEITURE ALLEGATION

The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **NEWMAN EVERETTE TRYON** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, an Arminius, model HW3, .32 caliber revolver (serial number 185939).

A True Bill

David H. Estes
First Assistant United States Attorney

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

Steven H. Lee
Assistant United States Attorney
* Lead Counsel