IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

NEWMAN EVERETT TRYON,
    Defendants.

CASE NO.: 4:20cr130

**ORDER**

**The United States of America is currently experiencing a national emergency due to the global spread of Coronavirus Disease (COVID-19). The Court is implementing procedures to limit in-person contacts.** In light of these extraordinary circumstances, the United States Probation Office may file a pretrial services report on the docket in the case. If United States Probation Office elects to do so, the report shall be sealed with limited access provided only to Court users, counsel for Defendant, and counsel for the Government in this case. Once the Court has addressed and resolved Defendant's custody or bond status, the Clerk's office is directed to restrict the report so that no party shall have any further access to the report.

During the time the pretrial services report is available to counsel, counsel must not create any physical or digital copies of the report. Counsel for Defendant may show the report to Defendant and discuss the contents of the report with Defendant, but counsel for Defendant must not provide Defendant with a physical or digital copy of the report. To the extent counsel inadvertently retains a copy of the report after the Court has addressed and resolved Defendant's custody or bond status, counsel should immediately destroy the copy of the report.

**SO ORDERED**, this  9th   day of December, 2020.

_____ /s/ Christopher L. Ray _____
**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**